State v. Joines

STATE OF NORTH CAROLINA )
                        )
        v.              )          ORDER
                        )
WILLIAM HENRY JOINES    )

No. 108P84

(Filed 6 November 1984)

DEFENDANT'S Petition for Discretionary Review of the decision of the Court of Appeals, 70 N.C. App. 146, is allowed for the sole purpose of entering the following order:

The cause is remanded to the Court of Appeals for a consideration of the merits of defendant's assignments of error concerning his motion to suppress evidence obtained during a search of a mobile home and defendant's assignments of error concerning his motion to suppress evidence of the results of his polygraph examination.